Keith A. Fink, Bar No. 146841
kfink@finklawfirm.com
Sarah E. Hernandez, Bar No. 206305
shernandez@finklawfirm.com
Imbar Sagi-Lebowitz Bar No. 232728
islebowitz@finklawfirm.com
KEITH A. FINK & ASSOCIATES
11693 San Vicente Blvd. #128
Los Angeles, California 90049
Telephone: (310) 268-0780
Facsimile: (310) 268-0790

Attorneys for Defendants
NEWTEK BUSINESS SERVICES CORP.;
NEWTEK SMALL BUSINESS FINANCE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE LOUIE,<br><br>            Plaintiff,<br><br>vs.<br><br>NEWTEK BUSINESS SERVICE CORP, a Maryland corporation; NEWTEK SMALL BUSINESS FINANCE, LLC, a New York Limited Liability Corp. and Does 1 - 10 inclusive.<br><br>            Defendants. | Case No.: 8:21-cv-00782-JLS-KES<br><br>**NOTICE OF SETTLEMENT**<br><br>FSC February 3, 2023<br>Time: 9:00 a.m.<br>Hon. Judge Josephine L. Staton<br><br><br>Complaint Filed May 3, 2021 |

TO THE COURT AND THE ATTORNEYS OF RECORD

Pursuant to Local Rule 16-15.7, requiring reporting of settlement, NOTICE IS HEREBY GIVEN that the parties have reached a settlement agreement of all causes of action against all defendants in this matter.

DATED: January 26, 2023                KEITH A. FINK & ASSOCIATES

                                       */s/ Imbar Sagi-Lebowitz*
                                By:    _____
                                       Keith A. Fink
                                       Sarah E. Hernandez
                                       Imbar Sagi-Lebowitz
                                       Attorneys for Defendants
                                       NEWTEK BUSINESS SERVICES CORP.;
                                       NEWTEK SMALL BUSINESS FINANCE LLC