**LAW OFFICES OF GARY R. CARLIN, APC**
GARY CARLIN, SBN 44945
gary@garycarlinlaw.com
301 East Ocean Blvd. Ste. 1550
Long Beach, California 90802
Telephone (562) 432-8933
Facsimile (562) 435-1656

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE LOUIE,<br><br>　　　　Plaintiff,<br>vs.<br><br>NEWTEK BUSINESS SERVICE CORP, a Maryland corporation; NEWTEK SMALL BUSINESS FINANCE, LLC, a New York Limited Liability Corp. and Does 1 - 10 inclusive.<br><br>　　　　Defendants. | Case No.: 8:21-cv-00782-JLS-KES<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br><br>Complaint Filed May 3, 2021 |

TO THE COURT AND THE ATTORNEYS OF RECORD

The parties to this action, acting through counsel, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(II) and in consideration of a negotiated settlement agreement executed by all parties, hereby stipulate to the Dismissal with Prejudice of this entire action. The Court shall retain jurisdiction to enforce settlement.

| | | |
|---|---|---|
| DATED: January 27, 2023 | | KEITH A. FINK & ASSOCIATES |

By: */s/ Imbar Sagi-Lebowitz*
     _____
     Keith A. Fink
     Sarah E. Hernandez
     Imbar Sagi-Lebowitz
     Attorneys for Defendants
     NEWTEK BUSINESS SERVICES CORP.;
     NEWTEK SMALL BUSINESS FINANCE LLC

DATED: March 6, 2023     THE LAW OFFICES OF GARY CARLIN APC

By: */s/ Gary R. Carlin*
     Gary Carlin
     Alex Zaimi

     Counsel for Plaintiff Michelle Louie